UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEXANDER L. KAPLAN,

      Plaintiff,

-vs-                Case No. 2:10-cv-237-FtM-36SPC

LEON KAPLAN,

      Defendant.
_____/

**ORDER**

This matter comes before the Court on Defendant's Motion to Compel and Motion for Protective Order (Doc. #38) filed on October 28, 2010. On October 29, 2010, this Court set a hearing on this Motion for November 16, 2010. In his Motion, Defendant moves to compel Plaintiff Alex Kaplan, Esquire, to sit for a deposition. Apparently Plaintiff is refusing to sit for his own deposition due to his health, but believes he is well enough to take the deposition of other witnesses in this case.

On November 3, 2010, the District Court dismissed Plaintiff's Complaint without prejudice and gave Plaintiff 21 days to file an amended complaint. In light of the District Court's dismissal, the Court will deny the instant Motion to Compel without prejudice and stay discovery in this matter until Plaintiff files a proper amended complaint and a determination is made by the Court that the amended complaint is sufficient. The November 16, 2010 hearing is therefore cancelled. Defendant may refile the Motion if and when the stay is lifted.

Accordingly, it is now

**ORDERED:**

Defendant's Motion to Compel and Motion for Protective Order (Doc. #38) is **DENIED without prejudice**.

The November 16, 2010 hearing that was previously set in this case is **CANCELLED**.

Discovery in this matter is **STAYED** until Plaintiff files a proper amended complaint and a determination is made by the Court that the amended complaint is sufficient.

**DONE AND ORDERED** at Fort Myers, Florida, this ___5th___ day of November, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record