UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEXANDER L. KAPLAN,

                Plaintiff,

-vs-                                                Case No. 2:10-cv-237-FtM-36SPC

LEON KAPLAN,

                Defendant.
_____/

## ORDER

This matter comes before the Court on Plaintiff, Alexander Kaplan's Motion to Lift Discovery Stay and To Extend the Deadlines of the Case Management and Scheduling Order (Doc. #51) filed on May 12, 2011. On November 3, 2010 The District Court issued an Order (Doc. #40) stating that the Complaint was a "classic example of a shotgun pleading," and must be dismissed. A complaint is a shotgun pleading when it contains several counts, each one incorporating by reference the allegations of its predecessors, leading to a situation where most of the counts (i.e., all but the first) contain irrelevant information and/or legal claims. Wagner v. First Horizon Pharmaceutical Corp., 464 F.3d 1273, 1279 (11th Cir. 2006); Strategic Income Fund, LLC v. Spear, Leeds & Kellog Corp., 305 F.3d 1293, 1295 (11th Cir. 2002); Berger v. Slagter & Son Construction Co., 2010 WL 1644937 *2 (M.D. Fla. Apr. 21, 2010).

The Defendant was given twenty-one (21) days from the date of the Order to file an Amended Complaint. On November 9, 2010, the Plaintiff filed an Amended Complaint which corrected the issues which the Court cited as creating a "shotgun complaint." Therefore, the request for the Amended Complaint to move forward is granted. It should be noted here, as it was in the Order to

Dismiss (Doc. #40), that the "issues of subject matter jurisdiction, *res judicata,* abstention and other defenses" have not yet been reviewed. These issues are more properly addressed in a Rule 12(b)(6) motion to dismiss, than at this stage in the proceedings.

The request to lift the Discovery Stay (Doc. #42), and extend the deadlines listed in the Case Management and Scheduling Order (Doc. #24) by five (5) months is granted. This five month period is fair and reasonable in light of the length of the Discovery Stay, November 5, 2010 through the date of this order, June 6, 2011.

The Plaintiff's request to extend the length of trial from "4-5 days to 8-10 days" is denied. The Plaintiff's had sufficient time and ability to request extra accommodations in the initial Case Management Report submitted to the court (Doc. #23) and failed to do so.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Alexander Kaplan's Motion to Lift Discovery Stay and To Extend the Deadlines of the Case Management and Scheduling Order (Doc. #51) is **GRANTED** in part and **DENIED** in part.

    1. The Plaintiff, Alexander Kaplan's Motion to Lift Discovery Stay is **GRANTED**,

    2. The Plaintiff, Alexander Kaplan's Motion to Extend Discovery Deadline is **GRANTED**,

    3. The Plaintiff, Alexander Kaplan's Motion to Extend Trial Dates is **DENIED**,

    4. The Case Management and Scheduling Order is modified as follows:

| | |
|---|---|
| Mandatory Initial Disclosures (pursuant to Fed. R. Civ. P. 26(a)(1) as amended effective December 1, 2000) | Immediately |
| Certificate of Interested Persons and Corporate Disclosure Statement by all parties who have not previously filed | Immediately |
| Motions to Add Parties or to Amend Pleadings | Immediately |
| Disclosure of Experts        Plaintiff:<br>                                    Defendant: | February 2, 2012<br>March 3, 2012 |
| Discovery Deadline | April 2, 2012 |
| Mediation                    Deadline:<br>                                    Mediator:<br>                                    Address:<br>                                    Telephone:<br>If no Mediator is selected herein the Parties shall file a stipulation selecting a mediator within eleven days of the date of this Order | April 16, 2012 |
| Dispositive Motions, *Daubert*, and *Markman* Motions | May 2, 2012 |
| Meeting In Person to Prepare Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | July 17, 2012 |
| Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form | July 27, 2012 |
| All Other Motions Including Motions *In Limine*, Trial Briefs | July 27, 2012 |
| Final Pretrial Conference        Date:<br>                                    Time:<br>                                    Judge: | August 20, 2012<br>1:30 P.M.<br>Hon. Charlene Edwards Honeywell |
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on Date Certain) | September 4, 2012 |

| Estimated Length of Trial | 4-5 days |
|---|---|
| Jury/Non Jury | Jury |

**DONE AND ORDERED** at Fort Myers, Florida, this   7th    day of June, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE


Copies: All Parties of Record
cc: DCCD: Libby Figgers