UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEXANDER L. KAPLAN,

    Plaintiff,

V.                                    Case No: 2:10-CV-237-FtM-UASPC

LEON KAPLAN

    Defendant.

_____/

## ORDER

This matter comes before the Court on Plaintiff's Motion to Extend the Discovery Deadlines of the Case Management and Scheduling Order and Response to Defendant's Motion to Strike Plaintiff's Amended Expert Witness List (Doc. #112) filed on April 9, 2012. The Court notes that the pleading includes both a Motion and a response to a Motion. This is improper. Parties may not combine both a Motion and a response to another Motion into one pleading. Therefore, the pleading is due to be stricken. Plaintiff may re-file in the proper form.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion to Extend the Discovery Deadlines of the Case Management and Scheduling Order and Response to Defendant's Motion to Strike Plaintiff's Amended Expert Witness List (Doc. #112) is **STRICKEN**.

1

**DONE** and **ORDERED** in Fort Myers, Florida this 11th Day of April, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record