## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**ALEXANDER L. KAPLAN,**

       **Plaintiff,**

**V.**                     **Case No:  2:10-CV-237-FtM-UASPC**

**LEON KAPLAN,**

       **Defendant.**

_____/

## ORDER

This matter comes before the Court on Plaintiff's Amended Motion to Extend the Discovery Deadlines of the Case Management and Scheduling Order (Doc. #116) filed on April 11, 2012.  Defendant has not filed a response.  Plaintiff requests that the Court extend all deadlines in this case for a period of four months, citing health reasons.  The Court finds good cause to allow an extension of the deadlines in this matter, but only for a period of 60 days.  The Court notes that this case was filed over two years ago; therefore, the Court will not be amenable to any further extensions of the deadlines.

Accordingly, it is now

**ORDERED:**

Plaintiff's Amended Motion to Extend the Discovery Deadlines of the Case Management and Scheduling Order (Doc. #116) is **GRANTED in part**.  The deadlines in this case are amended as follows:

1

| | |
|---|---|
| Disclosure of Experts                        Plaintiff:<br>                                                              Defendant: | May 11, 2012<br>May 25, 2012 |
| Discovery Deadline | June 15, 2012 |
| Dispositive Motions, *Daubert*, and *Markman* Motions | June 30, 2012 |
| Meeting In Person to Prepare Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | September 15, 2012 |
| Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form | September 25, 2012 |
| All Other Motions Including Motions *In Limine*, Trial Briefs | September 25, 2012 |
| Final Pretrial Conference                      Date:<br>                                                              Time:<br><br>                                                              Judge: | October 22, 2012<br>1:30 P.M.<br><br>Unassigned Judge |
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on Date Certain) | November 5, 2012 |
| Estimated Length of Trial | 4-5 days |
| Jury/Non Jury | Jury |

2

**All other deadlines remain unchanged.**

**DONE** and **ORDERED** in Fort Myers, Florida this 26th Day of April, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record