# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

ALEXANDER L. KAPLAN,

    **Plaintiff,**

V.                                          Case No: 2:10-CV-237-FtM-UASPC

LEON KAPLAN,

    **Defendant.**

_____/

## ORDER

This matter comes before the Court on Plaintiff's Amended Motion to Extend the Discovery Deadlines of the Case Management and Scheduling Order (Doc. #116) filed on April 11, 2012. Defendant has not filed a response. Plaintiff requests that the Court extend all deadlines in this case for a period of four months, citing health reasons. The Court finds good cause to allow an extension of the deadlines in this matter, but only for a period of 60 days. The Court notes that this case was filed over two years ago; therefore, the Court will not be amenable to any further extensions of the deadlines.

Accordingly, it is now

**ORDERED:**

Plaintiff's Amended Motion to Extend the Discovery Deadlines of the Case Management and Scheduling Order (Doc. #116) is **GRANTED in part**. The deadlines in this case are amended as follows:

1

| | | |
|---|---|---|
| Disclosure of Experts | Plaintiff: | May 11, 2012 |
| | Defendant: | May 25, 2012 |
| Discovery Deadline | | June 15, 2012 |
| Dispositive Motions, *Daubert*, and *Markman* Motions | | June 30, 2012 |
| Meeting In Person to Prepare Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | | September 15, 2012 |
| Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form | | September 25, 2012 |
| All Other Motions Including Motions *In Limine*, Trial Briefs | | September 25, 2012 |
| Final Pretrial Conference | Date: | October 22, 2012 |
| | Time: | 1:30 P.M. |
| | Judge: | Unassigned Judge |
| Trial Term Begins (Trials Before Magistrate Judges Begin on Date Certain) | | November 5, 2012 |
| Estimated Length of Trial | | 4-5 days |
| Jury/Non Jury | | Jury |

**All other deadlines remain unchanged.**

**DONE** and **ORDERED** in Fort Myers, Florida this 26th Day of April, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record